Certificate Number: 17572-TXN-DE-040945521

Bankruptcy Case Number: 26-31887



17572-TXN-DE-040945521

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 6, 2026, at 12:50 o'clock PM PDT, Beatrice Ramirez completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:   May 6, 2026                          By:    /s/Benjamin E Wunsch

                                             Name:  Benjamin E Wunsch

                                             Title:  Counselor