BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                       §
Beatrice Eugenia Ramirez       §   Case No.:  26–31887–mvl7
                           §   Chapter No.:  7
               Debtor(s)     §

## ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED:  8/12/26              FOR THE COURT:
                               Stephen J Manz, Clerk of Court