United States Bankruptcy Court

Northern District of Texas

In re:
Beatrice Eugenia Ramirez
Debtor

Case No. 26-31887-mvl
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 13, 2026 | Form ID: 318 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beatrice Eugenia Ramirez, 218 McMurray Ave, Duncanville, TX 75116-3314 |
| 23340753 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23340755 | + | Cavalry SPV I LLC, PO Box 828, Skokie, IL 60076-0828 |
| 23340763 | | Credit Service International Corporation, 830 S Greenbay Road Ste3, Neenah, WI 54956 |
| 23340764 | + | Dallas County Courthouse, 600 Commerce St, Dallas, TX 75202-4606 |
| 23340771 | + | LGBS, 100 Throckmorton St. Suite 1700, Fort Worth, TX 76102-2847 |
| 23340774 | + | Mauro Ramon Ramirez, 218 McMurray Ave, Duncanville, TX 75116-3314 |
| 23340775 | | McCarthy Burgess & Wolff, 2600 Cannon Road, Cleveland, OH 44146 |
| 23340779 | + | Parkland Health, PO Box 732325, Dallas, TX 75373-2325 |
| 23340783 | + | Rick Barnes-Tax Assessor, 100 E. Weatherford Street, Fort Worth, TX 76196-0206 |
| 23340788 | + | Tax Division-US Dept. of Justice, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23340752 | ^ | MEBN | Aug 13 2026 22:55:36 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23340753 | + | Email/Text: ljalovec@belaw.com | Aug 13 2026 23:01:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23340757 | + | EDI: CRFRSTNA.COM | Aug 14 2026 02:34:00 | CFNA, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 23340762 | | Email/Text: correspondence@credit-control.com | Aug 13 2026 23:00:00 | Credit Control LLC, 8001 Woodland Center Blvd Ste 200, Tampa, FL 33614 |
| 23340754 | + | Email/Text: bankruptcy@cavps.com | Aug 13 2026 23:01:00 | Cavalry Portfolio Services, 500 Summit Lake Suite 400, Valhalla, NY 10595-2321 |
| 23340756 | ^ | MEBN | Aug 13 2026 22:54:26 | Cawley & Bergmann, LLC, 550 Broad St. Suite 1001, Newark, NJ 07102-4542 |
| 23340758 | + | EDI: CITICORP | Aug 14 2026 02:34:00 | Citibank, 6716 Grade Lane Building 9 Suite 910, Louisville, KY 40213-3439 |
| 23340759 | + | EDI: CITICORP | Aug 14 2026 02:34:00 | Citibank, N.A., P.O. Box 9001010, Louisville, KY 40290-1010 |
| 23340760 | + | EDI: CITICORP | Aug 14 2026 02:34:00 | Citibank, N.A./The Home Depot, P.O. Box 7032, Sioux Falls, SD 57117-7032 |
| 23340761 | + | Email/Text: mediamanagers@clientservices.com | Aug 13 2026 22:59:00 | Client Services Incorporated, 3451 Harry S Truman Blvd., Saint Charles, MO 63301-9816 |
| 23340773 | | EDI: CITICORP | Aug 14 2026 02:34:00 | Macys American Express, P.O. Box 9001108, Louisville, KY 40290 |
| 23340765 | + | Email/Text: bankruptcy@greenskycredit.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 13 2026 23:01:00 | Greensky, PO Box 2730, Alpharetta, GA 30023-2730 |
| 23340766 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 13 2026 23:01:00 | Greensky, Attn: Bankruptcy, 5565 Glenridge Connector Suite #700, Atlanta, GA 30342-4796 |
| 23340768 | + | EDI: IRS.COM | Aug 14 2026 02:34:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23340769 | + | EDI: JPMORGANCHASE | Aug 14 2026 02:34:00 | Jp Morgan Chase Bank, N.A., 1111 Polaris Parkway, Columbus, OH 43271-0001 |
| 23340770 | + | Email/Text: bankruptcydocs@justenergy.com | Aug 13 2026 23:01:00 | Just Engery, P.O.Box 460008, Houston, TX 77056-8008 |
| 23340772 | + | Email/Text: dallas.bankruptcy@LGBS.com | Aug 13 2026 23:01:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave. Ste. 800, Dallas, TX 75219-3959 |
| 23340777 | ^ | MEBN | Aug 13 2026 22:54:34 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 23340776 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2026 23:01:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 23340778 | + | EDI: NFCU.COM | Aug 14 2026 02:34:00 | Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100 |
| 23340782 | | EDI: PRA.COM | Aug 14 2026 02:34:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 23340780 | + | Email/Text: emccain@pbfcm.com | Aug 13 2026 23:00:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23340781 | + | EDI: PRA.COM | Aug 14 2026 02:34:00 | Portfolio Recovery Accociates, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 23340784 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 13 2026 23:01:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 23340786 | | Email/Text: bankruptcy@springoakscapital.com | Aug 13 2026 22:59:00 | Spring Oaks Capital SPV, LLC, PO Box 1216, Chesapeake, VA 23327 |
| 23340785 | + | Email/Text: courts@scott-pc.com | Aug 13 2026 23:01:00 | Scott & Associates, P.C., PO Box 115220, Carrollton, TX 75011-5220 |
| 23340787 | | Email/Text: pacer@cpa.state.tx.us | Aug 13 2026 23:01:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23340789 | + | Email/Text: bankruptcyclerk@tabc.texas.gov | Aug 13 2026 23:01:00 | Texas Alcoholic Bev. Comm., Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23340790 | + | Email/Text: bcd@oag.texas.gov | Aug 13 2026 23:00:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23340791 | + | Email/Text: collections.pacer@twc.texas.gov | Aug 13 2026 23:01:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23340792 | | Email/Text: usatxn.bankruptcynotices@usdoj.gov | Aug 13 2026 23:01:00 | U.S. Attorney-North, 3rd. Floor, 1100 Commerce St., Dallas, TX 75242 |
| 23340793 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Aug 13 2026 23:01:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23340794 | + | EDI: WFHOME | Aug 14 2026 02:34:00 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 23340795 | + | EDI: WFFC2 | Aug 14 2026 02:34:00 | Wells Fargo Line of Credit, PO Box 5511, Sioux Falls, SD 57117-5511 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23340767 | *+ | Internal Revenue Service, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Lester Kennon, III | on behalf of Creditor Rocket Mortgage LLC Charles.Kennon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Clayton Everett | on behalf of Debtor Beatrice Eugenia Ramirez clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Scott M. Seidel | scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Beatrice Eugenia Ramirez<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–9001 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Texas | | |
| Case number: | 26–31887–mvl7 | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Beatrice Eugenia Ramirez

8/12/26

**By the court:** Michelle V. Larson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**